**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOW HUNTING SKILLS, LLC, et al.,<br>Plaintiffs<br>v.<br>MIDWAY CITY CORPORATION,<br>Defendant | Case No.: 2:26-cv-03231-APG-BNW<br>**Order** |

It appears from the complaint that this action has not been filed in the correct court. Page one of the complaint identifies the court as the United States District Court for the District of Utah. ECF No. 1 at 1. The complaint describes actions taken by Midway City, which is located in Utah. The complaint states that venue is proper because a substantial part of the events and the property "giving rise to the claims are situated in this District, specifically Wasatch County, Utah." *Id.* at 4. Thus, I direct the plaintiffs to review the complaint and determine whether these are typographical errors and the case was meant to be filed in this court, or whether these allegations are correct and the case should have been filed in Utah, not here. A response to this order is due by October 14, 2026

DATED this 5th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE